# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CR-083-FDW-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LIONEL TEASLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding a matter relevant to the hearing regarding Defendant's "Motion To Suppress Evidence Based On Fourth Amendment Violations" (Document No. 15), scheduled for January 5, 2023 at 2:00 p.m. A USB device was hand-delivered to the undersigned's chambers on November 14, 2022. A letter accompanied the USB device, indicating that the material on the device was to be considered "Exhibit C." The Court has not reviewed the material contained on the USB device. Respectfully, considering the Court's mandate to render a fair decision that allows both sides the opportunity to object to evidence presented in support of the other side's position, the *ex parte* material will not be reviewed at this time. See RZS Holdings AVV v. PDVSA Petroleo S.A., 506 F.3d 350, 357 (4th Cir. 2007) ("ex parte communications by an adversary party to a decision-maker in an adjudicatory proceeding are prohibited as fundamentally at variance with our conceptions of due process") (quoting Thompson v. Greene, 427 F.3d 263, 269 n.7 (4th Cir. 2005)).

**IT IS, THEREFORE, ORDERED** that the Court will consider Defendant's "Motion To Suppress Evidence Based On Fourth Amendment Violations" (Document No. 15) at the suppression Hearing on January 5, 2023 at 2:00 p.m.

**IT IS FURTHER ORDERED** that the Court will not at this time consider the material on the USB device submitted by Mr. Tate; however, the Court will hear from the parties at the January 5 hearing asserting any contrary position on the issue.

**SO ORDERED**.

Signed: January 3, 2023

David C. Keesler
United States Magistrate Judge