UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:22-cr-83-FDW |
| | ) | |
| v. | ) | **ORDER DISMISSING THE** |
| | ) | **INDICTMENT** |
| LIONEL TEASLEY | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

This _17th_ day of _Apr_ 2023.

**Frank D. Whitney**
UNITED STATES DISTRICT JUDGE